SEYFARTH SHAW LLP
Kristina M. Launey (State Bar No. 221335)
Sophia Kwan (State Bar No. 257666)
400 Capitol Mall, Suite 2350
Sacramento, California  95814-4428
Telephone: (916) 448-0159
Facsimile: (916) 558-4839

Attorneys for Defendant
BUZZ OATES CONSTRUCTION, L.P.

Gregory A. Thyberg, Esq. (State Bar No. 102132)
LAW OFFICES OF GREGORY A. THYBERG
101 Parkshore Drive, Suite 100
Folsom, CA  95630
Telephone: (916) 932-3901
Facsimile:  (916) 932-2907

Attorney for Plaintiff MARIO YACAVONE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIO YACAVONE, | Case No.: 2:10-cv-02583-JAM-GGH |
| Plaintiff, | **STIPULATION RE REMAND OF ACTION TO STATE COURT** |
| v. | |
| BUZZ OATES CONSTRUCTION, L.P., a limited partnership and DOES 1 -100, inclusive, | **(Sacramento County Superior Court Case No. 34-2010-00085636)** |
| Defendants. | |

The parties, through their counsel of record, hereby stipulate as follows:

1.      On August 19, 2010, Plaintiff MARIO YACAVONE ("Plaintiff") filed this action in the California Superior Court, County of Sacramento, Case No. 34-2010-00085636.

2.      On September 22, 2010, Defendant BUZZ OATES CONSTRUCTION, L.P. ("Defendant") timely removed this action to this Court pursuant to 28 U.S.C. Section 1332.

3.      On September 24, 2010, counsel for Plaintiff informed counsel for Defendant that Plaintiff intended to file a Motion to Remand.

PDF created with pdfFactory trial version www.pdffactory.com

1   4. To avoid the time and expense of resolving this issue through a Motion to
2  Remand, the parties herein agree to remand the entire above-entitled action to the Sacramento
3  County Superior Court.
4   5. The instant action will be remanded forthwith to the County of Sacramento
5  Superior Court. Each party shall bear its own costs and attorney's fees.

7  DATED: October 5, 2010                     SEYFARTH SHAW LLP

9                                              By      /s/ Kristina M. Launey
10                                                    Kristina M. Launey
                                                      Sophia Kwan
                                                   Attorneys for Defendant
11                                               BUZZ OATES CONSTRUCTION, L.P.

13  DATED: October 5, 2010                     LAW OFFICES OF GREGORY A. THYBERG

15                                              By      /s/ Gregory A. Thyberg
                                                      Gregory A. Thyberg
16                                                 Attorneys for Plaintiff
                                                   MARIO YACAVONE

19  IT IS SO ORDERED.
20  Dated: October 5, 2010
                                                /s/ John A. Mendez
21                                              _____
22                                              HONORABLE JOHN A. MENDEZ

PDF created with pdfFactory trial version www.pdffactory.com